IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA (DAVENPORT)

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK 20-01039 |
| | ) | (Chapter 7) |
| SUSAN LEE DURHAM, | ) | |
| | ) | **MOTION FOR RELIEF** |
| Debtor | ) | **FROM STAY** |

COMES NOW Bank of the West, (hereinafter "Movant") and respectfully requests the Court to enter an Order granting relief from the provisions of 11 U.S.C. Section 362(a) to Movant and all other parties claiming an interest in the real property (the "Property) owned by the Debtor and Ronald L. Durham, described below.

In support of this Motion, Movant shows the Court as follows:

1. Through information and belief, Ronald L. Durham passed away on March 2, 2020.

2. Debtor's petition for relief was filed with this Court on May 20, 2020.

3. Movant is the holder of a claim having a balance due of $37,461.66, plus interest accruing thereon at the rate of 7.75% per annum from and after May 27, 2020 and attorney's fees and court costs. Debtor is in default under the Retail Installment Contract and Security Agreement for failure to make payments contractually due from and after May 9, 2020.

4. Movant's claim is secured by a Retail Installment Contract and Security Agreement and duly noted lien on the title against the property of the Debtor to-wit:

    2018 Keystone Laredo 291SMK Fifth Wheel, VIN #4YDF29128JE601800

Copies of said documents are attached hereto as Exhibits "A" and "B", respectively.

5. Interest has continued to accrue on the claims of the Movant, and as of this date, neither the Debtor nor the Debtor's estate have any equity in the Property, and the Property is not necessary for an effective reorganization of the Debtor.

6. Debtor has failed to redeem or reaffirm and Movant's claim is no longer adequately protected. Debtor's Statement of Intentions indicates that Debtor is surrendering the Property.

7. Movant has paid $181.00 to the Bankruptcy Court as a filing fee in connection with the filing of this Motion and additionally has expended $950.00 in attorney's fees.

8. Movant requests that this Court waive the 14-day stay set out in Bankruptcy Rule 4001(a)(3).

WHEREFORE, Movant respectfully requests the Court to set a hearing on this Motion, and that upon such hearing, the following relief be ordered:

1. The above facts be determined to constitute sufficient cause to terminate, annul, modify or

condition the automatic stay of 11 U.S.C. Section 362(a);

    2.    The stay of 11 U.S.C. Section 362(a) be terminated and annulled so as to allow Movant to proceed with repossession of the Property;

    3.    That such relief be granted to each and every other entity which is a necessary party to a repossession of the Property;

    4.    That this Court waive the 14-day stay set out in Bankruptcy Rule 4001(a)(3); and

    5.    For such other relief as the Court deems fair and equitable in the premises.

Bank of the West, Movant

By _____
Camille R. Hawk (#AT0009922)
For   WALENTINE O'TOOLE, LLP
1851 Madision Avenue, Suite 712
Council Bluffs, IA 51503
(712)388-2244
chawk@walentineotoole.com
ITS ATTORNEYS

Copies to:

United States Trustee
Federal Bldg., Room 793
210 Walnut Street
Des Moines, IA 50309

Wesley B. Huisinga, Trustee
115 3rd St. SE, Ste. 500
P.O. Box 2107
Cedar Rapids, IA 52406

Susan Lee Durham
1602 W. Lombard St.
Davenport, IA 52804

Barbara E. Maness, Attorney at Law
116 East 6th Street
Davenport, IA 52803

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies the that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF on ____6-4-20____.

_____
Debra A. Gillman
Paralegal for Camille R. Hawk, #AT0009922

IA-102 8/1/2017

## Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| IS ADVENTURE RV<br>120 N BRADY STREET<br>Davenport, IA 52806 | SUSAN L DURHAM<br>RONALD L DURHAM<br>1602 W. LOMBARD ST.<br>DAVENPORT, IA 52804 | No. _Redacted_<br>Date 08/10/2019 |

☐ Business, commercial or agricultural purpose Contract.

### Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 3,656.76 |
|---|---|---|---|---|
| 7.99 % | $ 27,299.72 | $ 37,961.08 | $ 65,260.80 | $ 68,917.56 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 180 | $ 362.56 | Monthly, beginning on 9/9/2019 . |
| N/A | $ N/A | NOT APPLICABLE |
| N/A | $ N/A | NOT APPLICABLE |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the lesser of 5% of the unpaid amount of the payment due or $30.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

### Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2018 | KEYSTONE | LAREDO 291SMK | FifthWheel | 4YDF29128JE601800 | 0 |

☒ New
☐ Used
☐ Demo

Other:
2018 KEYSTONE LAREDO 291SMK FifthWheel 4YDF29128JE601800

### Description of Trade-In
2001 REXHALL AIRBUS []

### Conditional Delivery
☐ Conditional Delivery. If checked, you agree that the following agreement regarding securing financing ("Agreement") applies: __N/A__
__N/A__ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-In-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ 0.00 if you pay this Contract in full before we have earned that much in finance charges.

### Sales Agreement
**Payment.** You promise to pay us the principal amount of
$ 37,961.08 plus finance charges accruing on the unpaid balance at the rate of 7.99 % per year from the date of this Contract

**EXHIBIT A**

Retail Installment Contract-IA  Not for use in transactions secured by a dwelling.
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

SSIMVLFLZIA 8/1/2017
Bankers Systems®
Page 1 of 5

Customers Initial Here

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. | Cash Price of Vehicle, etc. (incl. sales tax of $1,649.14 ) | $ 37,739.84 |
| b. | Trade-in allowance | $ 7,000.00 |
| c. | Less: Amount owing, paid to (includes k): THE FAMILY CU | $ 3,843.24 |
| d. | Net trade-in (b−c; if negative, enter $0 here and enter the amount on line k) | $ 3,156.76 |
| e. | Cash payment | $ 500.00 |
| f. | Manufacturer's rebate | $ 0.00 |
| g. | Deferred down payment | $ 0.00 |
| h. | Other down payment (describe) N/A | $ 0.00 |
| i. | Down Payment (d+e+f+g+h) | $ 3,656.76 |
| j. | Unpaid balance of Cash Price (a−i) | $ 34,083.08 |
| k. | Financed trade-in balance (see line d) | $ 0.00 |
| l. | Paid to public officials, including filing fees | $ 68.00 |
| m. | Insurance premiums paid to insurance company(ies) | $ 0.00 |
| n. | Service Contract, paid to: AGWS | $ 2,348.00 |
| o. | To: Tire & Wheel Protection paid to AGWS | $ 432.00 |
| p. | To: GAP paid to AGWS | $ 850.00 |
| q. | To: Documentation Fee paid to Seller | $ 180.00 |
| r. | To: N/A | $ 0.00 |
| s. | To: N/A | $ 0.00 |
| t. | To: N/A | $ 0.00 |
| u. | To: N/A | $ 0.00 |
| v. | To: N/A | $ 0.00 |
| w. | To: N/A | $ 0.00 |
| x. | To: N/A | $ 0.00 |
| y. | Total Other Charges/Amts Paid (k thru x) | $ 3,878.00 |
| z. | Prepaid Finance Charge | $ 0.00 |
| aa. | Amount Financed (j+y−z) | $ 37,961.08 |

We may retain or receive a portion of any amounts paid to others.

[This area intentionally left blank.]

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**

☐ Single  ☐ Joint  ☒ None
Premium $ 0.00                Term N/A
Insured N/A

**Credit Disability**

☐ Single  ☐ Joint  ☒ None
Premium $ 0.00                Term N/A
Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: SUSAN L DURHAM                  DOB
Date:  08/10/2019

By: RONALD L DURHAM                 DOB
Date:  08/10/2019

                                    N/A
By: N/A                             DOB
Date:     N/A

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company you choose that is reasonably acceptable to us. The collision coverage deductible may not exceed $ 500.00 .
If you get insurance from or through us you will pay $ 0.00
for N/A
of coverage.
This premium is calculated as follows:

☐ $ 0.00     Deductible, Collision Cov.   $ 0.00
☐ $ 0.00     Deductible, Comprehensive    $ 0.00
☐ Fire-Theft and Combined Additional Cov. $ 0.00
☐ N/A                                     $ 0.00

Liability Insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.

☐ Single-Interest Insurance. You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company you choose that is reasonably acceptable to us. If you buy the coverage from or through us, you will pay
$       N/A       for       N/A
of coverage.

Retail Installment Contract-IA  Not for use in transactions secured by a dwelling.
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Customers Initial Here

SSIMVLFL21A 8/1/2017
Bankers Systems
Page 2 of 5

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term: 60 months
Price: $2,348.00
Coverage: as per Vehicle Service Contract

☒ **Gap Waiver or Gap Coverage**
Term: 84 months
Price: $850.00
Coverage: as per GAP Contract

☒ **Tire & Wheel Protection**
Term: 60 months
Price: $432.00
Coverage: as per Tire & Wheel Protection Contract

By: SUSAN L DURHAM    Date: 08/10/2019

By: RONALD L DURHAM    Date: 08/10/2019

By: N/A    Date: N/A

## Additional Terms of the Sales Agreement

**Definitions.** "Contract" refers to this Retail Installment Contract and Security Agreement. The pronouns "you" and "your" refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns "we", "us" and "our" refer to the Seller and any entity to which it may transfer this Contract. "Vehicle" means each motor vehicle described in the *Description of Property* section. "Property" means the Vehicle and all other property described in the *Description of Property and Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The "Total Sale Price" is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will apply the excess amount to reduce the principal balance, after we provide any notice and wait any time period required by law. When the principal has been paid in full or when otherwise required by law, we will refund any other amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Balloon Payment.** If any scheduled payment is more than twice as large as the average of your earlier scheduled payments, you may refinance that payment when due without penalty. The terms of the refinancing will be no less favorable to you than the original terms of this Contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**Returned Payment Charge.** If you make a payment by check, draft or order that is dishonored, you agree to pay a surcharge of $30, as allowed by law.

**Governing Law and Interpretation.** This Contract is governed by the law of Iowa and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

- You fail to make a payment in full within ten days after it is due; or
- You fail to observe any covenant of this Contract, the breach of which materially impairs the condition, value or protection of our rights in any collateral securing this Contract, or materially impairs your prospect of paying amounts due under this Contract.

If you default, you agree to pay the costs we incur to realize upon any Property, including fees for repossession, repair, storage and sale of the Property securing this Contract.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you default on this Contract, we may exercise the remedies provided by law and this Contract after we give you any notice and opportunity to cure your default that the law requires. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so, provided we give you prior notice and a reasonable opportunity to perform. We are not required to make any such payments or repairs. You will repay us that amount when we tell you to do so. The amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

Retail Installment Contract-IA Not for use in transactions secured by a dwelling.
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
RSIMVLFLZIA 8/1/2017
Bankers Systems™
Page 3 of 5

Customers Initial Here: S.L.D.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property, to the extent permitted by law. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Si compra un vehiculo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.**

### Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, "you" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

NOT APPLICABLE

_____  N/A
By: NOT APPLICABLE                            Date
Signature of Third Party Owner (NOT the Buyer)

### Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

*[This area intentionally left blank.]*

---

Retail Installment Contract-IA Not for use in transactions secured by a dwelling.
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
SSIMVLFLZIA 8/1/2017
Bankers Systems®
Page 4 of 5

Customers Initial Here

☐ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

**Assignment.** This Contract and Security Agreement is assigned to

BANK OF THE WEST
PO BOX 2497, Omaha, NE 68103

the Assignee, phone ___800-847-2327___ . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.
☐ This Assignment is made with recourse.

Seller

By: US ADVENTURE RV                         08/10/2019
                                            Date

## Signatures

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.**

By: SUSAN L DURHAM                          08/10/2019
                                            Date

By: RONALD L DURHAM                         08/10/2019
                                            Date

By: N/A                                     N/A
                                            Date

**NOTICE TO CONSUMER.** 1. Do not sign this paper before you read it. 2. You are entitled to a copy of this paper. 3. You may prepay the unpaid balance at any time without penalty and may be entitled to receive a refund of unearned charges in accordance with law. 4. If you prepay the unpaid balance, you may have to pay a minimum charge not greater than seven dollars and fifty cents.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

By: SUSAN L DURHAM                          08/10/2019
                                            Date

By: RONALD L DURHAM                         08/10/2019
                                            Date

By: N/A                                     N/A
                                            Date

**Seller**

By: US ADVENTURE RV                         08/10/2019
                                            Date

Retail Installment Contract-IA  Not for use in transactions secured by a dwelling.
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZIA 8/1/2017
Bankers Systems®
Page 5 of 5

Customers Initial Here
S.L.D.

# STATE OF IOWA

## CERTIFICATE OF TITLE TO A VEHICLE

Regular

**Designation**

Title No. **82AI78373**     County **Scott**     Issue Date **09/07/2019**

VIN **4YDF29128JE601800**     Type **Travel Trailer**

| Year | 2018 | Make Keystone | Model Laredo | Style | Travel Trailer |
|---|---|---|---|---|---|
| Cyl. | | Fuel | Weight | | GVWR |
| Color | | | LP. | | Sq Ft 232 |
| Odometer | | | | Cumulative Damage | |

**Owner(s)**
Durham, Susan Lee    Or
Durham, Ronald Lee
1602 W LOMBARD ST
DAVENPORT IA 528042233

| | Fee | Penalty |
|---|---|---|
| Title Fees | $25.00 | $0.00 |
| Fee for New Reg | $1,454.54 | |
| Registration Fees | $23.00 | $0.00 |
| SI Fees | $10.00 | |
| Plate Fees | $0.00 | |
| Other Fees | $3.00 | |
| Totals | $1,515.54 | $0.00 |

Prev. Title No./ST  **3443137**
Prev Owner
Us Adventure Rv Quad Cities LLC
5120 N BRADY ST
DAVENPORT IA 528063949

**1ST Security Interest**
Date:  09/07/2019
Held By:  **Bank of the West**
Address:  PO Box 2497 Omaha NE 681032497

*If there are NO Security Interests "X" here.* ☐
No: **82L06864976**

**Cancellation of 1ST Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**2ND Security Interest**
Date:
Held By:
Address:
No:

**Cancellation of 2ND Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**3RD Security Interest**
Date:
Held By:
Address:
No

**Cancellation of 3RD Security Interest**
Date_____ No_____ Date_____
Holder_____ CO Treas_____
By_____ By_____

**Witness My Hand**

Mike Fennelly
County Treasurer

By_____ *[signature]* _____ Deputy

rram

THIS TITLE CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD

**EXHIBIT B**